THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CORINNA MOSES,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>KING COUNTY, *et al.*,<br><br>　　　　　　Defendants. | CASE NO. C12-1964-JCC<br><br>ORDER |

This matter comes before the Court on the Report and Recommendation of the Honorable Mary Alice Theiler, Chief United States Magistrate Judge. (Dkt. No. 21.) Having thoroughly considered Report and Recommendation, to which Plaintiff has not objected, and the balance of the record, the Court hereby ORDERS as follows:

(1)　The Court ADOPTS the Report and Recommendation;

(2)　Plaintiff's counsel's motion to withdraw is GRANTED (Dkt. No. 20);

(3)　Plaintiff's complaint (Dkt. No. 1) and this action are DISMISSED without prejudice for failure to prosecute;

(4)　The Clerk is respectfully directed to send copies of this Order to plaintiff at the address provided in counsel's motion to withdraw, to all counsel of record, and to Judge Theiler.

//

1   DATED this 6th day of December 2013.

*[signature]*

John C. Coughenour
UNITED STATES DISTRICT JUDGE